UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: __15-5753__

Case Name: _Javon Marshall, et al_ vs. _ESPN, et al_

**Names of all Clients:** (List all clients on this form, do not file a separate appearance form for each client.)

Fox Broadcasting Company
Big Ten Network, LLC

☐ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice Act
☑ Appellee    ☐ Respondent   ☐ Intervenor      (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.   ☐ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

_____

Name: _Thomas G. Hentoff_   Admitted: _07/20/15_
(Sixth Circuit admission date only)

Signature: _/s/ Thomas G. Hentoff_

Firm Name: _Williams & Connolly LLP_

Business Address: _725 12th Street, NW_

Suite: _____   City/State/Zip: _Washington, DC  20005_

Telephone Number (Area Code): _(202) 434-5804_

Email Address: _thentoff@wc.com_

---

CERTIFICATE OF SERVICE

I certify that on __July 20, 2015__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ _Thomas G. Hentoff_