UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: __15-5753__

Case Name: __Javon Marshall, et al__ vs. __ESPN, et al__

**Names of all Clients:** (List all clients on this form, do not file a separate appearance form for each client.)

CBS Broadcasting Inc.

☐ Appellant      ☐ Petitioner      ☐ Amicus Curiae      ☐ Criminal Justice Act
☑ Appellee       ☐ Respondent      ☐ Intervenor         (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.   ☑ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

Name: __James W. Quinn__                    Admitted: __July 21, 2015__
                                            (Sixth Circuit admission date only)

Signature: __/s/ James W. Quinn__

Firm Name: __Weil, Gotshal & Manges LLP__

Business Address: __767 Fifth Avenue__

Suite: _____      City/State/Zip: __New York, NY 10153__

Telephone Number (Area Code): __(212) 310-8385__

Email Address: __james.quinn@weil.com__

---

CERTIFICATE OF SERVICE

I certify that on __July 22, 2015__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __James W. Quinn__

---