UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: 15-5753

Case Name: Javon Marshall, et al  vs.  ESPN, et al

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

CBS Broadcasting Inc.

☐ Appellant     ☐ Petitioner     ☐ Amicus Curiae     ☐ Criminal Justice Act
☑ Appellee      ☐ Respondent    ☐ Intervenor        (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.   ☐ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

Name: Yehudah L. Buchweitz          Admitted: July 21, 2015
                                    (Sixth Circuit admission date only)

Signature: /s/ Yehudah L. Buchweitz

Firm Name: Weil, Gotshal & Manges LLP

Business Address: 767 Fifth Avenue

Suite: ___      City/State/Zip: New York, NY 10153

Telephone Number (Area Code): (212) 310-8256

Email Address: yehudah.buchweitz@weil.com

---

CERTIFICATE OF SERVICE

I certify that on July 22, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Yehudah L. Buchweitz

---