**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed:  June 2, 2016

**Notice of Oral Argument at 9:00 a.m. on Thursday, July 28, 2016**

| | | |
|---|---|---|
| Mr. David Erik Albright | Mr. Scott P. Cooper | Mr. James W. Quinn |
| Mr. Kevin T. Baine | Mr. Kenneth L. Doroshow | Mr. Brian E. Robison |
| Mr. Bradford David Box | Mr. Robert W. Fuller, III | Mr. Andrew S. Rosenman |
| Mr. Arthur Joseph Burke | Mr. Robb S. Harvey | Mr. Thomas B. Walsh, IV |
| Ms. Leane Kathleen Capps | Mr. Walker W. Jones, III | Mr. Stephen James Zralek |
| Mr. Evan R. Chesler | Mr. Louis Peter Petrich | |

Re: No. 15-5753, *Javon Marshall, et al v. ESPN, et al*

Dear Counsel,

   Your case is scheduled for oral argument at **9:00 a.m. on Thursday, July 28, 2016** before a three-judge panel of the Sixth Circuit Court of Appeals in Cincinnati, Ohio.  The time allotted for oral argument is 15 minutes for the Plaintiffs and 15 minutes to be shared by the Defendants.  You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on www.ca6.uscourts.gov two weeks prior to argument.

   **If you are the attorney who will argue this case, download the Argument Acknowledgment form from the web site and file it electronically with the Clerk's office by June 16, 2016**.  If you have been granted a waiver from ECF filing, you may mail the acknowledgment form to the Clerk's office or send it by fax, tel. (513) 564-7099.  This acknowledgment form should be filed only by the attorneys who are arguing the case.

   On the day of oral argument, report to the Clerk's Office, Room 540 in the Potter Stewart United States Courthouse, at the corner of 5th and Walnut Streets in Cincinnati no later than **8:30 a.m.** if argument is scheduled for 9:00 a.m. and **1:00 p.m.** if argument is scheduled for 1:30 p.m.  All times are Eastern Time.  Once you enter the courthouse, you must use the elevators on the Main Street (east) side to take you to the entrance to the Clerk's office on the 5th floor.

   If you had previously requested oral argument but now wish to waive it, a motion to that effect should be filed with the court as soon as possible.

**You should be aware that in preparing for the case the panel may conclude that, although the matter has been scheduled for oral argument, it will not be necessary to go forward with argument**.  In that event the panel will decide the appeal on the basis of the briefs and the record and a written decision will issue.  Counsel will be notified if argument has been cancelled as soon as the panel has made that determination.  The possibility that argument will not be held as originally scheduled should be taken into account in making your travel arrangements, particularly in deciding whether to purchase refundable or non-refundable tickets for air travel.

An attorney who has been appointed under the Criminal Justice Act should make travel arrangements directly with National Travel, tel. (800) 445-0668.  The Clerk's office has provided National Travel with the required Travel Authorization which pays for CJA travel the day before and day of oral argument.  If you are a CJA appointed attorney and choose to make alternative arrangements, reimbursement will be limited to the lesser of the government rate for airfare or actual expenses.

Continuances of oral argument will be granted only in exceptional circumstances, upon the motion of counsel.  Counsel is strongly discouraged from seeking continuances and, where such a request is to be made, the motion should be filed as soon as possible.  **The filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.**

    Sincerely yours,

    s/Lance A. Gifford
    Calendar Deputy

cc: Mr. Jeffrey L. Allen
    Ms. Gail Vaughn Ashworth
    Mr. James N. Bowen
    Mr. John P. Branham
    Mr. Roger G. Brooks
    Mr. Yehudah Lev Buchweitz
    Mr. Mark P. Chalos
    Ms. Patricia J. Cottrell
    Mr. J. Wesley Earnhardt
    Ms. Amy Jo Everhart
    Mr. David Alexander Fardon
    Ms. Jacquelyn Nicole Ferry
    Mr. Thomas R Frazer, III
    Mr. Thomas Roe Frazer, II
    Ms. Elizabeth O. Gonser
    Mr. Samuel D. Gregory
    Mr. Robert Dale Grimes
    Mr. Todd Ryan Hambidge
    Mr. Hal D. Hardin
    Mr. William J. Haynes, III
    Mr. Thomas G. Hentoff
    Mr. Jonathan P. Heyl
    Mr. John Spaulding Hicks

Mr. Eric Hochstadt
Mr. Gregory G. Holland
Ms. Pearlynn G. Houck
Mr. Bradley G. Hubbard
Mr. John R. Jacobson
Ms. Jennifer Lindsay Jones
Mr. Reid D. Leitner
Mr. Samuel D. Lipshie
Ms. Caitlin Jemilha Morgan
Mr. Daniel Richards
Ms. Kelli L. Sager
Mr. James Franklin Sanders
Mr. James Isaac Sanders
Mr. John Schmidtlein
Ms. Dana Seshens
Mr. Nathan Ellis Siegel
Mr. William Scott Sims
Mr. David R. Singer
Mr. Richard Lee Stone
Mr. Andrew Jackson Thomas
Mr. Walter Scott Welch, III